UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
STEVIE SMITH,  
        Plaintiff.

No. C 08-4325 MHP (pr)

**ORDER OF TRANSFER**

Stevie Smith filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the Corcoran State Prison in Corcoran, California. He has not identified any defendants by name, although it appears that the defendants will be members of the prison staff at Corcoran. Corcoran is in Kings County, and that county is within the venue of the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: December 18, 2008

Marilyn Hall Patel  
United States District Judge